# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                               Chapter 13 No. 09-77099

Basil Shounia

                    Debtor.                            Hon. Thomas J. Tucker

_____/

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO JPMORGAN CHASE BANK, N.A. AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

       Creditor, JPMorgan Chase Bank, N.A., by and through its attorneys, Trott & Trott, P.C., and the Debtor(s), Basil Shounia, by and through their attorney, Christopher Nelson, having filed with the Court a STIPULATION VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO JPMORGAN CHASE BANK, N.A. AND WAIVING THE PROVISION OF FRBP 4001(a)(3) with respect to the property located at 8246 W Eugie Ave, Peoria, AZ 85381-4095, and the Court being fully advised in the premises:

       IT IS HEREBY ORDERED that the Automatic Stay and Co-Debtor Stay, as to the Creditor, JPMorgan Chase Bank, N.A., is hereby vacated. This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

       IT IS FURTHER ORDERED THAT any surplus on the sale of this property shall be distributed pursuant to applicable state law and procedures; and any deficiency on the sale of this property shall be treated as an unsecured debt; and Creditor is entitled to its attorney fees and costs for this bankruptcy action.

**Signed on March 08, 2010**

      **_/s/ Thomas J. Tucker_**
      **Thomas J. Tucker**
      **United States Bankruptcy Judge**